UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN JOHNSON, | No. 2:21-cv-01841 DB P |
| Plaintiff, | |
| v. | ORDER |
| JEFF LYNCH, et al., | |
| Defendants. | |

Plaintiff has requested an extension of time to file a second amended complaint. (ECF No. 13.) Plaintiff requests the extension of time so that he can obtain information necessary to file an amended complaint. (Id. at 2.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 13) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint.

DATED: March 14, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/john1841.36amc